NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1403

PROMETHEUS LABORATORIES, INC.,

Plaintiff-Appellant,

v.

MAYO COLLABORATIVE SERVICES (doing business as Mayo Medical Laboratories) and MAYO CLINIC ROCHESTER,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of California in case no. 04-CV-1200, Judge John A. Houston.

ON MOTION

Before LINN, Circuit Judge.

## O R D E R

The American College of Medical Genetics, the American Medical Association, the American Society of Human Genetics, the Association of American Medical Colleges, the Association of Professors of Human and Medical Genetics, the Association for Molecular Pathology, and the College of American Pathologists move for leave to file a brief amicus curiae in support of the appellees.[*]

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

---

[*]    Because the brief was timely filed, the motion for an extension of time to

FOR THE COURT

APR 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 13 2009

JAN HORBALY
CLERK

cc:   Richard P. Bress, Esq.
      Jonathan E. Singer, Esq.
      Katherine J. Strandburg, Esq.

s19

---

file the brief is moot.
2008-1403                                    2